FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2022

No. 04-22-00322-CR

Jonathan David **FLOYD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 619928
Honorable Timothy Johnson, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to file Appellant's Brief is hereby GRANTED.
The Appellant's brief is due September 19, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 21st day of July, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court